SYRACUSE SAVINGS BANK, Respondent, v. PENNSYLVANIA FIRE INSURANCE COMPANY, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 819.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

SYRACUSE SAVINGS BANK, Respondent, v. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 819.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

## FIRST DEPARTMENT, OCTOBER, 1944.

### (October 6, 1944.)

RACHELE W. BACHI, Appellant, v. GUIDO BACHI, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARIA I. ESTEVE, Respondent, v. LOUIS ABAD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

REUBEN BARNETT, Respondent, v. WILLIAM KLETTER et al., Appellants, et al., Defendants.— Orders, so far as appealed from, unanimously modified by eliminating items 8-a and 8-d of the notice of examination, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of M. E. CONRAN Co., INC., Judgment-Creditor -Respondent, against J. PINE & SONS, INC., et al., Judgment Debtors, and MELVIN PINE, Judgment-Debtor -Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination of the judgment debtor Melvin Pine to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ORVILLE C. SANBORN, Appellant, v. GEORGE A. FERRIS et al., Respondents, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to plead over within twenty days after service of order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GUSTAVE S. JACOBSON, Respondent, v. VICTOR JACOBSON, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of DORIS D. CROMWELL, Respondent. FRANK CADWELL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.